IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| GSU FOUNDATION UNIVERSITY HOUSING FOUNDATION ONE, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action File No. 6:11-cv-00104-LGW -GRS |
| vs. | ) ) | |
| CAPSTONE DEVELOPMENT CORP., CAPSTONE BUILDING CORP. and BR BRICK & STONE, L.P. | ) ) ) ) | |
| Defendants. | ) | |

**CAPSTONE DEVELOPMENT CORP'S
MOTION FOR STAY PENDING CONTRACTUAL
DISPUTE RESOLUTION PROCEDURE**

Pursuant to 9 U.S.C. § 1 et seq., Defendant Capstone Development Corp. ("Capstone Development") hereby moves the Court for an order staying this action pending completion of a contractual dispute resolution procedure that includes non-binding mediation and binding arbitration for resolving all of the purported claims and causes of action asserted in the Complaint against Capstone Development.

In support of its Motion, Capstone Development relies on the Development Agreement attached to the Complaint as Exhibit A, the Affidavit of Leland Keller filed contemporaneously herewith, and a Memorandum of Law, also filed herewith.

Respectfully submitted, this 26th day of October, 2011.

/s/ Jason M. Tate
Jason M. Tate (Georgia Bar. No. 140827 )
jtate@gilbertharrelllaw.com

1

1/2240805.1

James L. Roberts, IV (Georgia Bar No. 608580)
jroberts@robertstate.com
Roberts Tate, LLC
P.O. Box 21828
400 Main St.
Cottage 1
St. Simons Island, Georgia 31522
(912) 638-5200 (phone)
(912) 638-5300 (fax)

James F. Archibald, III
Bradley, Arant, Boult, Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Phone 205-521-8520
Fax   205-488-6520
Email  jarchibald@babc.com

*Attorneys for Capstone Development Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 26th day of October, 2011:

Gerald M. Edenfield
Edenfield, Cox, Bruce & Classens, PC
P.O. Box 1700
Statesboro, GA 30458
*Counsel for Plaintiff*

Kent T. Stair
Carlock, Copeland & Stair, LLC
P.O. Box 56887
Atlanta, GA 30343-0887
*Counsel for Capstone Building Corp.*

Christopher M. Ziegler
Gray, Rust, St. Amand Moffett & Brieske, LLC
17th Floor
950 East Paces Ferry Road
Atlanta, Georgia 30026
*Counsel for Defendant BR Brick & Stone, L.P.*

                                               */s/ Jason M. Tate*
                                               OF COUNSEL

1/2240805.1