◊AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __Georgia__

Georgia Southern Univ Housing FDN One, LLC
                    Plaintiff(s),
V.
Capstone Development Corp., et. al.
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:11-CV-00104

Notice is hereby given that, subject to approval by the court, __Georgia Southern Univ Housing FDN__ substitutes
(Party (s) Name)

__David H. Johnson__, State Bar No. __393250__ as counsel of record in
(Name of New Attorney)

place of __Gerald M. Edenfield and Charles P. Aaron__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McCorkle & Johnson, LLP
Address: 319 Tattnall Street, Savannah GA 31401
Telephone: (912) 232-6000  Facsimile (912) 232-7080
E-Mail (Optional): dhj@mccorklejohnson.com

I consent to the above substitution.
Date: October 21, 2016

Georgia Southern University Housing Foundation, One, LLC
By: _____ Treasurer
(Signature of Party (s))

I consent to being substituted.
Date: 9/29/2016

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: October 21, 2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11-15-16

_____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]